## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Adis Bey,<br>　　　　　　Debtor. | ) Case No. 21-90301 - E - 7<br>) Docket Control No. BLF-2<br>) Document No. 16<br>) Date: 09/30/2021<br>) Time: 10:30 AM<br>) Dept: E |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

　　The Objection to Claimed Exemptions filed by Gary R. Farrar ("the Chapter 7 Trustee") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

　　**IT IS ORDERED** that Objection is sustained, and the claimed exemptions for Debtor's Real Property commonly known as 2416 Southridge Dr. Modesto, California under California Code of Civil Procedure § 704.730(a) is disallowed without prejudice.

　　**IT IS FURTHER ORDER** that Debtor is granted leave to file an amended Schedule C stating a claimed exemption amount, with said amended Schedule C to be filed on or before November 30, 2021.

Dated: October 04, 2021

By the Court

/s/ Ronald H. Sargis
Ronald H. Sargis, Judge
United States Bankruptcy Court